IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : Case No. 1:23-cv-03186-KMW-MJS |
| PIC-A-LILLI INC., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this __28th__ day of __February__ 2024,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 691-8565
Fax (609) 900-2760
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Dennis Maurer*

/s/ Thomas A. Hagner
Thomas A. Hagner, Esq.
Hagner & Zohlman, LLC
57 Kresson Road
Cherry Hill, NJ 08034
Phone (856) 663-9090, 209
Fax (856) 663-9199
tahagner@hzlawpartners.com
*Attorney for Defendant,*
*Pic-A-Lilli Inc.*

So Ordered this 29th day of February, 2024

*Karen M Williams*
_____
KAREN M. WILLIAMS, U.S. District Judge

7